UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES MICHAEL BRADY,

    Petitioner,

v.                                                          Case No. 6:07-cv-1005-Orl-19UAM

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on the following matters:

1.    Petitioner's Motion Asking for Emergency Immediate Release (Doc. No. 11, filed August 16, 2007) is **DENIED**. Petitioner is essentially arguing the claims raised in his amended habeas corpus petition and has not demonstrated that he is entitled to emergency relief.

2.    Petitioner in this action seeks to proceed without the payment of filing fees and costs. Pursuant to Rule 4.07(a), Rules of the United States District Court for the Middle District of Florida, "the party seeking leave to proceed *in forma pauperis* shall pay a stated portion of the Clerk's and/or Marshal's fees within a prescribed time, failing which the action may be dismissed without prejudice." Furthermore, Rule 4.14(b) of the Local Rules provides that a habeas petitioner may be ordered to pay the habeas filing fee if "he has $25.00 or more to his credit . . . in any account maintained for him by custodial authorities."

The records in this case show that Petitioner had $25.00 or more in his prison account at the time he filed this case. Therefore, to arrive at the amount Petitioner has to pay as a filing fee, the Court calculates two different figures. The first figure is the amount in Petitioner's prison account plus any assets that he possessed just prior to the filing of the petition. The other figure is the total deposits placed in his prisoner account for the three months preceding the filing of the petition, divided by three. Petitioner will be required to pay thirty percent (30%) of the higher of the two figures (this amount will be rounded to the nearest dollar amount). The maximum amount Petitioner will be required to pay is the full filing fee of $5.00.

The records in this case show that Petitioner has received at least $500.00 into his prisoner account during the three months prior to the filing of the petition. Thirty percent of the average monthly deposits exceeds the full filing fee amount of $5.00. Accordingly, Petitioner's motion to proceed in forma pauperis (Doc. No. 8, filed July 12, 2007) is **DENIED**.

In order to continue the prosecution of this case, Petitioner shall, within **THIRTY (30) DAYS** from the date of this order, pay $5.00 to the Clerk of the Court. A check from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court." Personal checks will not be accepted. **Failure to tender this amount or explain non-payment within the allotted time period will result in the dismissal of this action without further notice.**

**DONE AND ORDERED** at Orlando, Florida, this _22nd_ day of August, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 8/22
Charles Michael Brady